**SEALED FILED**

MAR 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12 CR 00069 - AWI DLB |
| Plaintiff, ) | |
| ) | ORDER RE: EX PARTE MOTION TO |
| v. ) | SEAL INDICTMENT PURSUANT TO |
| ) | RULE 6(e), FEDERAL RULES OF |
| ARUNA KUMARI CHOPRA, ) | CRIMINAL PROCEDURE |
| ) | |
| Defendant. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: March 15, 2012                    _____
                                          U.S. MAGISTRATE JUDGE

3