1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000

**FILED**
MAR 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )   CASE NO. 1:12-CR-00069 AWI DLB
           Plaintiff,                  )
                                       )   ORDER RE: MOTION TO UNSEAL
      v.                               )   INDICTMENT AND WARRANT
                                       )
ARUNA KUMARI CHOPRA,                   )
                                       )
           Defendant.                  )
_____)


Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment and Warrant filed on March 15, 2012 be unsealed.

DATED: March 16, 2012          _____
                                       U.S. MAGISTRATE JUDGE

2