A098A (9/01)




MAR 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

***IN THE UNITED STATES DISTRICT COURT***
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Aruna kumari Chopra
Defendant.

CASE Number: 1:12-cr-00069 AWI

APPEARANCE and COMPLIANCE BOND

Non-surety: I, the undersigned defendant, acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
Personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 100,000.00, and there has been deposited in the Registry of the Court the sum of $ -0- in cash or N/A (describe other security.)

The conditions of this are that the defendant, Aruna kumari Chopra (Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or directions in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 3/16/2012 (Date) at U.S. District Court, ED of California (Place)

Defendant: ____________ City/State ____________

* Surety: S. Chopra City/State ____________

Surety: ____________ City/State ____________

Signed and acknowledged before me on 3/16/2012 (Date)

[signature]
Judicial Officer/Clerk

Approved: Sheila K. Oberto

Judicial Officer

---

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at ______________________________;
City/State

and that my net worth is the sum of One Hundred Thousand dollars

($ 100,000.00 ).

* I further state that

office Building I own Modesto, Calif 95355

* [signature] Surety

_______________ Surety

Sworn to before me and subscribed in my presence on _______________
Date

at U.S. District Court, Fresno, CA
Place

A. Timken, Deputy Clerk
Name and Title

[signature] Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at ______________________________;
City/State

and that my net worth is the sum of ______________________________ dollars

($ _______________ ).

I further state that

_______________ Surety

_______________ Surety

Sworn to before me and subscribed in my presence on _______________
Date

at U.S. District Court, _______________
Place

_______________, Deputy Clerk
Name and Title

_______________ Signature of Judicial Officer/Clerk

Justification Approved: _______________
Judicial Officer