BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-cr—00069-AWI |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | STIPULATION AND |
|  | ) | ORDER TO EXCLUDE TIME |
| ARUNA KUMARI CHOPRA, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

   The parties request that the first status conference in this case be continued from April 9, 2012 to April 23, 2012, at 1:00 p.m.  They stipulate that the time between April 9, 2012 and April 23, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence and to assure continuity of government counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the government just

delivered initial discovery consisting of 4,346 pages and counsel needs to time to complete even an initial review of the documents. In addition, counsel for the government is unavailable on April 9, 2012, and joins in the request for a continuance so that he can personally be present at the first status conference and for continuity of counsel. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

          Respectfully Submitted,

          BENJAMIN B. WAGNER
          United States Attorney

DATE: April 4, 2012    By:    /s/ Mark J. McKeon
          MARK J. McKEON
          Assistant U.S. Attorney


DATE: April 4, 2012          /s/ Mark Coleman
          MARK COLEMAN
          Attorney for Defendant

**ORDER**

Time is excluded the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **April 4, 2012**      **/s/ Dennis L. Beck**
          UNITED STATES MAGISTRATE JUDGE