DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California   90017
Telephone:   (213) 623-4234
Email: donaldmreplc@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USDC Case No. 1:12 cr-00069-AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE TRIAL |
| v. | ) | |
| | ) | Present Date:  September 16, 2014 |
| ARUNA KUMARI CHOPRA, | ) | Proposed Date:  February 24, 2015 |
| | ) | . |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mark J. McKeon, counsel for plaintiff, United States of America, and defendant Aruna Kumari Chopra, by and through her counsel Donald M. Ré, Esq., Michael D. Chaney, Esq., and Leonard B. Levine, Esq. that the trial of the matter currently set September 16, 2014 be continued to February 24, 2015 at 8:30 a.m., and that the trial confirmation hearing currently set for September 2, 2014 at 10:00 a.m. be continued to February 9, 2015 at 10:00 a.m.

   The reasons for this continuance are as follows:

   1,  Messrs. Ré, Chaney, and Levine only recently substituted as counsel of record for the defendant Chopra.  Because of the complexity of the case, and the volume of discovery, additional

time is necessary for the attorneys to become fully prepared with regard to this matter.

2. Counsel Leonard B. Levine has approximately seven matters for trial beginning in early June, 2014, both in the Los Angeles Superior Court and in the United States District Court for the Central District of California.

3. Among other matters, counsel Donald M. Ré is scheduled to begin trial in the Superior Court of the State of California for the County of Los Angeles on September 2, 2014, in the matter People v. Caudillo; Case No. BA 396065.  That matter, which is a multi-defendant case, would, in all probability, last through most of the month of September, 2014, and directly conflict with the current trial date.

4. In addition, Mr. Ré is currently scheduled to begin trial on January 13, 2015 in the matter United States v. Branum; Case No. 13-573-GHW, in the United States District Court for the Central District of California.  It is estimated that that trial will last approximately 2-3 weeks.

5. Counsel further stipulate that the exclusion of time from September 16, 2014 to February 24, 2015, is appropriate under the Speedy Trial Act, because of the volume of the discovery, and because defense counsel need substantial additional time to review the discovery and prepare for trial.  Counsel further stipulate that the ends of justice are served by excluding the time between September 16, 2014 and February 24, 2015, and outweigh each defendant's interests in a speedy trial, as well as the public interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. §3161(h)(7)(B)(iv).  Therefore, time should be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

///
///
///
///
///
///

SO STIPULATED.

Dated: May 30, 2014                     /s/ Mark McKeon
                                        MARK McKEON
                                        Counsel for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: May 30, 2014                     /s/ Donald M. Ré
                                        DONALD M. RÉ
                                        Counsel for Defendant
                                        ARUNA KUMARI CHOPRA


Dated May 30, 2014                      /s/ Michael D. Chaney
                                        MCHAEL D. CHANEY
                                        Counsel for Defendant
                                        ARUNA KUMARI CHOPRA


Dated: May 30, 2014                     /s/ Leonard B. Levine
                                        LEONARD B. LEVINE
                                        Counsel for Defendant
                                        ARUNA KUMARI CHOPRA

## **ORDER**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from September 16, 2014 to, and including, February 24, 2015, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  May 30, 2014                    _____
                                        SENIOR DISTRICT JUDGE