DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California   90017
Telephone:  (213) 623-4234
Email: donaldmreplc@yahoo.com

MICHAEL D. CHANEY
Law Office of Michael D. Chaney
1901 Avenue of the Stars, Suite 615
Los Angeles, California  90067
Telephone:  (310) 226-2560
Email:  Lacrimatty@yahoo.com

Attorneys for Defendant
ARUNA CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00069-AWI-BAM |
| ) | |
| Plaintiff, ) | EX PARTE APPLICATION AND ORDER SHORTENING TIME |
| ) | REGARDING MOTION TO CONTINUE |
| v. ) | |
| ) | |
| ARUNA KUMARI CHOPRA, ) | |
| ) | . |
| Defendant. ) | |
| _____ ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED

STATES OF AMERICA AND ITS COUNSEL:

COMES NOW the defendant Aruna Chopra, who hereby seeks an order shortening time,

to permit the defendant's Motion to Continue Trial to be filed at this time, and to be set for hearing

on June 29, 2015 at the hour of 10:00 a.m., before the Honorable Anthony W. Ishii.

The government, through Assistant United States Attorney Mark McKeon, (559) 497-4048, does not oppose this order shortening time.

This request is made so that the issues concerning the continuance of trial are resolved as promptly as reasonably possible.

This application is based upon the records and files of this case, and the attached Declaration of Donald M. Ré.

Dated: June 16, 2015						DONALD M. RÉ
								A Professional Law Corporation


								*/s/ Donald M. Ré*
								DONALD M. RÉ
								Attorney for Defendant
								ARUNA CHOPRA

Dated: June 16, 2015						LAW OFFICES OF MICHAEL D. CHANEY


								*/s/ Michael D. Chaney*
								MICHAEL D. CHANEY
								Attorney for Defendant
								ARUNA CHOPRA


## ORDER

GOOD CAUSE appearing, now therefore, the defendant's Notice of Motion and Motion to Continue Trial shall be set at June 29, 2015, at the hour of 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 18, 2015			_____
							SENIOR  DISTRICT  JUDGE

### DECLARATION OF DONALD M. RÉ

Donald M. Ré deposes and says:

1. Declarant is an attorney at law licensed to practice before the courts of the State of California and before this court. Declarant is one of the counsel for the defendant Aruna Chopra herein.

2. Declarant has prepared, and files contemporaneously with this application, a Motion to Continue Trial. Declarant wishes to have the question of the continuance resolved as promptly as possible, so that the defendant can be properly represented at such a trial.

3. Declarant has contacted Assistant United States Attorney Mark McKeon (559) 497-4048, who has indicated he has no objection to the entry of this order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2015, at Los Angeles, California.

      /s/ Donald M. Ré
      Declarant