Case 1:12-cr-00069-AWI-BAM   Document 55   Filed 09/16/15   Page 1 of 2

DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California  90017
Telephone:  (213) 623-4234
Email: donaldmreplc@yahoo.com

MICHAEL D. CHANEY
Law Office of Michael D. Chaney
1901 Avenue of the Stars, Suite 615
Los Angeles, California  90067
Telephone:  (310) 226-2560
Email: Lacrimatty@yahoo.com

Attorneys for Defendant ARUNA KUMARI CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | USDC Case No. 1:12 cr-00069-AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | Present Date: September 21, 2015 |
| ARUNA KUMARI CHOPRA, ) | Proposed Date: October 26, 2015 |
| ) | . |
| Defendant. ) | |
| ) | |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mark J. McKeon, counsel for plaintiff, United States of America, and defendant Aruna Kumari Chopra, by and through her counsel Donald M. Ré, Esq., and Michael D. Chaney, Esq., that the Status Conference currently set September 21, 2015 be continued to October 26, 2015 at 8:30 a.m.

The reasons for this continuance are as follows:

1. The parties are in the process of attempting to settle the matter and need additional

time to complete those negotiations.

2. By order entered July 9, 2015 the court has held that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of August 25, 2015 to February 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) because it results from a continuance granted by the court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT SO STIPULATED**.

Dated: September 14, 2015                               /s/Mark McKeon
                                                        MARK McKEON
                                                        Counsel for Plaintiff
                                                        UNITED STATES OF AMERICA

Dated: September 14, 2015                               /s/ Donald M. Ré
                                                        DONALD M. RÉ
                                                        Counsel for Defendant
                                                        ARUNA KUMARI CHOPRA

Dated September 14, 2015                                /s/ Michael D. Chaney
                                                        MCHAEL D. CHANEY
                                                        Counsel for Defendant
                                                        ARUNA KUMARI CHOPRA

**ORDER**

For the reasons set forth above, the Status Conference currently set September 21, 2015, is continued to October 26, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 16, 2015                             _____
                                                        SENIOR DISTRICT JUDGE

2