DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California   90017
Telephone:  (213) 623-4234
Email: donaldmreplc@yahoo.com

MICHAEL D. CHANEY
Law Office of Michael D. Chaney
1901 Avenue of the Stars, Suite 615
Los Angeles, California   90067
Telephone:  (310) 226-2560
Email: Lacrimatty@yahoo.com

Attorneys for Defendant ARUNA KUMARI CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-CR-00069-AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | Present Date:   October 26, 2015 |
| ARUNA KUMARI CHOPRA, ) | Proposed Date: November 30, 2015 |
| ) | . |
| Defendant. ) | |
| ) | |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mark J. McKeon, counsel for plaintiff, United States of America, and defendant Aruna Kumari Chopra, by and through her counsel Donald M. Ré, Esq., and Michael D. Chaney, Esq., that the Status Conference currently set October 26, 2015 be continued to November 30, 2015 at 10:00 a.m.

The reasons for this continuance are as follows:

1. The parties are in the process of attempting to settle the matter and need additional

time to complete those negotiations.

2.  By order entered July 9, 2015 the court has held that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of August 25, 2015 to February 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) because it results from a continuance granted by the court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT SO STIPULATED**.

Dated:  October 16, 2015                     /s/ Mark McKeon
                                             MARK McKEON
                                             Counsel for Plaintiff
                                             UNITED STATES OF AMERICA

Dated:  October 16, 2015                      /s/ Donald M. Ré
                                             DONALD M. RÉ
                                             Counsel for Defendant
                                             ARUNA KUMARI CHOPRA

Dated October 16, 2015                       /s/ Michael D. Chaney
                                             MCHAEL D. CHANEY
                                             Counsel for Defendant
                                             ARUNA KUMARI CHOPRA

### ORDER

For the reasons set forth above, the Status Conference currently set October 26, 2015 shall be continued to November 30, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 16, 2015        _____
                                 SENIOR  DISTRICT  JUDGE