DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California   90017
Telephone:   (213) 623-4234
Email: donaldmreplc@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USDC Case No. 1:12 cr-00069-AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING |
| | ) | |
| ARUNA KUMARI CHOPRA, | ) | Proposed Date:  April 11, 2016 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) |  Court:  Courtroom 2 |
| | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, through its undersigned counsel Mark J. McKeon, counsel for plaintiff, United States of America, and defendant Aruna Kumari Chopra, by and through her counsel Donald M. Ré, Esq., and Michael D. Chaney, Esq., that the sentencing hearing presently set for March 14, 2016 at 10:00 a.m. shall be continued to April 11, 2016, at 10:00 a.m., thus vacating the present date.

The following proposed sentencing schedule is offered:

///

///

///

Judgment and Sentencing Date:            April 11, 2016 at 10:00 a.m.

    IT IS SO STIPULATED.

Dated: January 26, 2016                           /s/ Mark McKeon
                                                                   MARK McKEON
                                                                   Counsel for Plaintiff
                                                                   UNITED STATES OF AMERICA


Dated: January 26, 2016                           /s/ Donald M. Ré
                                                                   DONALD M. RÉ
                                                                   Counsel for Defendant
                                                                   ARUNA KUMARI CHOPRA


Dated January 26, 2016                            /s/ Michael D. Chaney
                                                                   MCHAEL D. CHANEY
                                                                   Counsel for Defendant
                                                                   ARUNA KUMARI CHOPRA

**ORDER**

IT IS SO ORDERED.

Dated:   January 27, 2016                   _____
                                                   SENIOR DISTRICT JUDGE