ROBERT M. YASPAN (SBN 51867)
JOSEPH G. McCARTY (SBN 151020)
**LAW OFFICES OF ROBERT M. YASPAN**
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711
Email: ryaspan@yaspanlaw.com
       tmenachian@yaspanlaw.com

Counsel for Defendant, Aruna Kumari Chopra

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00069-AWI |
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION FOR AN ORDER MODIFYING THE FIRST AMENDED JUDGMENT IN CRIMINAL CASE AND THE RESTITUTION ORDERED THERE UNDER TO REFLECT THAT BANKRUPCTY COURT SETTLEMENT AND THE AMOUNTS PAID AND PROPERTY RESTORED AND PROPERTY RESTORED AND DEEM RESTITUTION ORDERED SATISFIED AND FURTHER ORDER THAT THE CONDITIONS OF SUPERVISED RELEASE BE TERMINATED OR MODIFIED |
| v. | |
| ARUNA KUMARI CHOPRA, | |
| Defendant. | |
| | Date: August 13, 2018 |
| | Time: 10:00 a.m. |
| | Courtroom: 2, 8th Floor |

The Court having reviewed the Motion for an Order Modifying the First Amended

1

Judgment in Criminal Case and the Restitution Ordered Thereunder to Reflect the Bankruptcy Settlement and the Amounts Paid and the Property Restored and Deem the Restitution Ordered Satisfied and Further Order that the Conditions of Supervised Release be Terminated or Modified ("Motion", docket No. 81) filed by Defendant/Debtor Aruna Kumari Chopra ("Chopra" or "Defendant"), and the record in this case, notice having been proper, there being no opposition to the Motion, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted, and the pursuant to this Court' inherent authority the First Amended Judgment in Criminal Case (the "First Amended Judgment") shall be deemed satisfied and/or modified as follows:

   A. The Property of Defendant that was abandoned in Defendant's bankruptcy (<u>In re Sawtantra and Aruna Chopra</u>, filed in the Bankruptcy Court of the Eastern District of California as Case No.: ("Defendant's Bankruptcy") and the resulting foreclosure sale proceeds for said Property (the full credit bid of $9,157,156.15) together with the amount previously paid to Joanne Bledsoe by the Clerk of the Court (in the amount determined by the Clerk of the Court) shall be applied to Defendant's obligation to pay restitution to Joanne Bledsoe as ordered under the First Amended Judgment and such obligation shall be deemed to have been satisfied and to the extent necessary the First Amended Judgement is hereby modified accordingly;

   B. The payments made pursuant to Defendant's settlement with North American Title Insurance Company ("North American Title") in Defendant's Bankruptcy and the distributions from Defendant's Bankruptcy estate paid to North American Title shall be applied to Defendant's obligation to pay restitution to

2

North American Title as ordered under the First Amended Judgment and such obligation shall be deemed to have been satisfied and to the extent necessary the First Amended Judgement is hereby modified accordingly;

C. The Clerk of the Court shall release to the City of Modesto, California the entire amount of funds that have been deposited by Defendant in the amount of $43,138.05 for restitution obligation to the City of Modesto, California without any apportionment or reduction which shall pay and satisfy Defendant's obligation to pay restitution to the City of Modesto California as ordered under the First Amended Judgment and said obligation shall be deemed satisfied and to the extent necessary the First Amended Judgement is hereby modified accordingly; and

D. Defendant's obligation to pay the restitution ordered under the First Amended Judgment is fully satisfied and any liens for said obligation against Defendant's real or personal property, whether such liens have been recorded with the State of California or any County or local government, including without limitation, and such lien against the real property located at 6978 Hillcrest Drive, Modesto, California (with the legal description in the Stanislaus County records of: PARCEL 2 AS PER PARCEL MAY FILED JULY 20, 1987 IN VOLUME 39 OF PARCEL MAPS, PAGE 74 STANISLAUS COUNTY RECORDS), shall be released, vacated, and deemed fully satisfied and shall be of no further force and effect and shall be and are hereby removed from the record of the State of California and all County and local governments;

**2.** The August 13, 2018 hearing on Defendant's Motion is hereby VACATED.

IT IS SO ORDERED.

Dated: August 10, 2018

_____
SENIOR DISTRICT JUDGE